**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                    |   | CIVIL ACTION NOS. |
|--------------------|---|-------------------|
| MAZE               | : | 02-1510           |
| MILLS              | : | 02-1517           |
| QUASHEN' CIRILLO   | : | 02-1551           |
| IRIZARRY           | : | 02-1610           |
| WALKER             | : | 02-1617           |
| PEARSON            | : | 02-1692           |
| WATROBSKI          | : | 02-1792           |
| VIZCAINO           | : | 02-1971           |
| COLLISTER          | : | 02-2042           |
| HERNANDEZ          | : | 02-2047           |
| WILLIAMS           | : | 02-2051           |
| LLAVE              | : | 02-2204           |
| ELROD              | : | 02-2296           |
| BURCH              | : | 02-2302           |
| WEGENER            | : | 02-2335           |
| HUSSAIN            | : | 02-2465           |
| WHITEHEAD          | : | 02-2491           |
| WALLING            | : | 02-2498           |
| BOLEN              | : | 02-2546           |
| SIEMENS            | : | 02-3044           |
| FERNANDEZ          | : | 02-3050           |
| RAMSEY             | : | 02-3083           |
| GIBBS              | : | 02-3390           |
| MEW                | : | 02-3106           |
| ROGERS             | : | 02-3135           |
| WOODARD            | : | 02-3141           |
| MILES              | : | 02-3143           |
|                    | : |                   |
| VS.                | : |                   |
|                    | : |                   |
| BAYER CORPORATION, *et al.* | : |          |

**O R D E R**

**AND NOW,** this          day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]    -    Order staying these proceedings pending disposition of a related action.

[    ]    -    Order staying these proceedings pending determination of arbitration proceedings.

[    ]    -    Interlocutory appeal filed.

[  X  ]    -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring the case to the District of Minnesota</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Ronald L. Buckwalter, Judge**
